Opinion filed March 10,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-09-00129-CV

                                                    __________

 

                                 HELLAS
CONSTRUCTION, INC.

 

                                                                    
V.

 

            EAGLE
CONSTRUCTION AND ENVIRONMENTAL SERVICES, L.P.

 

 

                                    On
Appeal from the 91st District Court

 

                                                          Eastland
County, Texas

 

                                               Trial
Court Cause No. CV-06-40613

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Appellant,
Hellas Construction, Inc., and appellee, Eagle Construction and Environmental
Services, L.P., have filed a joint motion to dismiss this appeal pursuant to Tex. R. App. P. 42.1(a)(2).  In the
motion, the parties state that they “have reached an agreement to settle and
compromise their differences” arising from the underlying litigation.  The
parties further request the court to set aside the trial court’s judgment
without regard to the merits and remand the case to the trial court for
rendition of judgment in accordance with the parties’ agreement pursuant to Rule 42.1(a)(2)(B).

Therefore,
in accordance with the parties’ request, the trial court’s judgment is set
aside, and this case is remanded to the trial court for further proceedings in
accordance with the parties’ agreement.

The
joint motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                    PER
CURIAM

 

 

March 10, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.